Jeffrey S. Posin, Esq.
Nevada Bar No.: 6457
Posin Law Group, P.C.
2520 St. Rose, Suite 301
Henderson, Nevada 89074
(702) 396-8888
Attorneys for Defendant
TRISTA TURNBEAUGH

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    vs.<br><br>TRSITA FAITH TURNBEAUGH,<br><br>        Defendant. | ORDER TO CLOSE CASE<br><br>2:19-mj-00899-DJA |

IT IS HEREBY STIPULATED and AGREED by and between Rachel Kent, Esq. Assistant United States Attorney, and Jeffrey S. Posin, Esq., attorney for Defendant, Trista Faith Turnbeaugh, that the Defendant has completed all of her sentencing requirements in the above case.

DATED this 21st day of December, 2020.    DATED this 21st day of December, 2020.

Submitted By:                                               Approved as to Content and Form:


/s/ Jeffrey S. Posin, Esq.                                 /s/ Rachel Kent, Esq.
JEFFREY S. POSIN, ESQ.                              RACHEL KENT, ESQ.
Nevada Bar No.: 6457                                     Special Assistant United States Attorney
Posin Law Group, P.C.
2520 St. Rose, Suite 301
Henderson, Nevada 89074
(702) 396-8888
Attorney for Defendant

**ORDER**

Based upon the forgoing Stipulation, and good cause appearing therefore,

IT IS SO ORDERED that the Defendant successfully completed all of her requirements and the case is closed.

DATED this  22nd  day of December 2020.

_____
THE HONORABLE DANIEL ALBREGTS
UNITED STATES MAGISTRATE JUDGE